FILED

2026 Mar-26  PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No.** |
| | ) | **4:24-cr-00408-RDP-SGC** |
| **MICHAEL WAYNE SHIRLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO CONTINUE

**COMES NOW** the Defendant, MICHAEL WAYNE SHIRLEY, by and through the undersigned counsel of record and respectfully requests that this Honorable Court enter an Order resetting the Sentencing Hearing to a later date.  As grounds therefore, the Defendant states as follows:

1. The Sentencing Hearing is currently scheduled for April 22, 2026 at 2:00 p.m. before this Honorable Court.

2. The undersigned has discussed a motion to continue this matter with Assistant United States Attorney, Alan Baty.  Based on certain factors that will directly have impact on this Defendant's sentencing, AUSA Baty and the undersigned agree that a continuance of this matter for sixty (60) days would be in the best interest of judicial economy.

3.  As this Motion is being filed jointly, there will be no hardship on the Government by granting the relief requested herein.

WHEREFORE, premises considered, the Defendant respectfully requests that this Honorable Court enter an Order resetting the April 22, 2026 setting and for any other relief to which he is entitled.

Respectfully submitted,


**s/Brett M. Bloomston**
**BRETT M. BLOOMSTON (BLO009)**
Attorney for Defendant
THE BLOOMSTON FIRM
1914 4th Avenue North
Suite 100
Birmingham, Alabama 35203
(205) 212-9700
brett@thebloomstonfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record, by electronic filing, this the 26th day of March 2026.

s/Brett M. Bloomston
**OF COUNSEL**